

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable T. M. Trimble
First Assistant State Superintendent
Austin, Texas

Dear Sir:

Opinion No. O-2335.
Re: Effect upon delinquent taxes
when board of trustees of an
independent district determines
to have an assessor and col-
lector for the district, rath-
er than continue to use the
services of the county officer.

In your letter of May 4, 1940, you advise that here-
tofore the Oakhurst Independent School District has been having
its taxes assessed and collected by the county assessor and col-
lector, but that it has now determined to appoint its own as-
sessor and collector of taxes, withdrawing such duties from the
hands of the county assessor and collector. You request our
opinion as to whether delinquent taxes due the school district
should now be transferred to the school district rolls or should
continue to be collected by the county officer.

Under Article 2791, Revised Civil Statutes, an inde-
pendent school district is permitted to have its own tax asses-
sor and collector. Or, the district may require the county as-
sessor and collector to perform such duties, under the provisions
of Article 2792, Vernon's Civil Statutes. There is nothing in
either of these statutes to prevent a change from time to time
from either of these methods to the other. That assessment may
be done by the county assessor and collection effected by the
district collector appears from Underwood vs. Childress Indepen-
dent School District, 149 S. W. 773, error dismissed.

It is provided in Article 2792 that "When the County
Assessor and Collector is required to assess and collect the
taxes of Independent School Districts he shall respectively re-
ceive one percent (1%) for assessing, and one percent (1%) for
collecting same." As already observed, the assessing and col-
lecting are not necessarily tied together. The fees for col-
lecting do not accrue until the taxes are collected. The above

COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Honorable T. M. Trimble, Page 2

statutes giving authority to the governing bodies of independent school districts to choose whether they will have the "taxes" of their districts assessed and collected by their own assessors and collectors or have such services performed by the corresponding county officers make no distinction between current and delinquent taxes.

Our answer to your question, therefore, is that delinquent taxes will be transferred on the rolls and collected by the district's collector.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By *Glenn R. Lewis*

Glenn R. Lewis
Assistant

GRL/oe

APPROVED MAY 23, 1940

*Gerald C. Mann*

ATTORNEY GENERAL OF TEXAS



APPROVED
OPINION
COMMITTEE
BY *BWB*
CHAIRMAN